(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

_Dadson Johnson_
_____
_____
Plaintiff(s)

v.

_The FBI and or the DOJ_
_____
_____
_____
Defendant(s)

FILED by _____ D.C.

MAY 16 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

_Civil Liberties and attempted murder_
(TITLE OF DOCUMENT)

I, _Dadson Johnson_ plaintiff or defendant, in the above styled cause,
_Please see attached documents, 17 pages._

On Tue, 12/19/17, Dazod DJ <dj.dazod@yahoo.com> wrote:

> From: Dazod DJ <dj.dazod@yahoo.com>
> Subject: Criminal Behavior FBI agents.
> To: moore@flsd.uscourts.gov
> Date: Tuesday, December 19, 2017, 6:54 PM
> Dear Judge K. Moore,

Updated and edited April 28, 2018

    I hope during my communication to you that you are in good health and spirits.

For unknown reasons it appears I have been under investigation by the FBI and DOJ. During which I have suffered greatly,    unconstitutionally, and criminally by their doing. I have very strong reasons to believe the following crimes were committed against me: In short they are, the sanctum of marriage. My marriage was destroyed through the possible use of electronic eaves dropping and   informant or agent at my wife's work. It appear the informant agent encouraged my wife to have multiple affairs during our marriage thereby destroying it, as documented in their very own history to do such acts. I have been tortured by sleep deprivation as a neighbor informant slept during the night with television on. During the day he remain home in dead silence. For the first few months I did not have hot water to shower, so I ran a garden hose from the kitchen sink to the bathroom to take a shower. They use the power of suggestions and persuasion by communicating with me or indirectly with one another or cell phone conversations convincing me to partake in problematic activities.  An informant named Bo in the early months of 2017 tried to encourage me take a trip overseas for the purpose of having sex with prostitutes. He tried convincing me to sell vehicles to an overseas country "is not be allowed to have certain make of vehicles". An agent named Matt, I can only guess is a provocateur, entered my truck and said he is an attorney and that I should commit suicide blowing my brains out then later said that I should join his new business because I was special. During a separate incident, a blonde female entered my truck and asked me what's the matter? Mind you I had no conversation with her accept hi. Then she said you hate your life, I responded it's not my life I hate. She tried to engage me into small talk, then left disappointed. I have been followed for the purpose to involve me in vehicular accidents attempts several times.

On August 10, 2017, As I traveled through the intersection under a green traffic light. A possible agent Bryan Toshi Shinohara crossed my right of way thereby causing the accident. After giving testimony to a Geico claims agent she agreed that I was not at fault but later changed her mind. According to the police that issued me a pre-written citation without my testimony as I was not on seen of the accident but on a hospital bed. The citation was issued because a female witness (possibly the other parties girlfriend) gave statement that she BELIEVED the light was green in the other parties favor. The officer said that the other party is moving to New York (how convenient) so going to court would be good for me. So I was blamed as cause of the accident running the red light. I assure you I did not run the light. The other party walked and talked like an agent he was calm and cool. I have seen this type of demeanor before,  It was during an accident set up for me to collide rear ending a black SUV with a couple inside as to make it look legitimate. They do this by slamming on the brakes at a yellow light before it transitions to red.  Instead I minimize the damages by side swiping another possible agent to the side of me with a female decoy passenger. He requested not to contact the police and name of the passenger was withheld.

Update to the above mentioned:

I later came to the understanding and belief the accident that accured on August 10, 2017 was an a attempt on my life due to the overall nature and knowledge the supervised agents had of my vehicle.

I believe, a cover up was well formulated under supervision to conceal the attempt to kill me; Officer Ferguson placed on my accident vehicle a yellow warning tow sticker under the wrong ordinance as an abandon truck trailer, I placed a sticker twice on my vehicle that it was not abandoned and it was legally parked.  On October 1, 2017 Sunday night Monday morning the accident vehicle was stolen. After notifying both the City of Miami police dept. and Midtown towing the same night both said they did not tow my vehicle. Several months later I went to report the vehicle stolen, I was told the vehicle was not stolen it was sold. On March 26, 2018 I emailed Miami Police Chief Jorge Colina, City Manager Emilio Gonzalez and Tallahassee Title Fraud dept. with all supporting documents of the above mistake their officers made and please return my vehicle. I called Mr. Colina several times and left messages emailed to all those previously notified stating, that I did not get a response from the prior email. All calls afterwards and emails from me appeared to be ignored as I got the run around from other officers and administrators.

Continue:

December 18 2017 around 2am, a sedan was south bound on Biscayne Blvd near 32 street stopped at a green light, as I approached the sedan from behind I high-beamed towards it. The driver suddenly turned right into my lane causing me to slam on the brakes screeching stop. The driver of the sedan opened the back door. The tip of the person's head barely stuck out as they made loud vomiting sounds to be heard but no bodily fluid was seen and driver made no attempt to step aside. The driver ignored me until I started to drive away. I drove away in fear of my life. On or around Dec. 14, 2017, Thursday late night around 2am as I drove south on I95 Broward Ft. Launderdale border two vehicles were ahead of me. One of which was a newer blue Maxima sedan. As I approached to pass the Maxima on the right the vehicle jumped into my lane causing me to brake hard. He then returned onto his lane, I looked at the driver he made every effort to brake his neck to look at me but no sign of apology. So I kept going, then I noticed he was making an effort to drive on the opposite (right) side of me. Fearing for my safety I un-holstered my weapon for protection in case I am shot at. The positions the two drones watching my every move in my truck, it appear to me they ordered the agent to back off. On the streets or highway they sway their vehicle towards mine hoping I would react and lose control of my vehicle and crash. They loosen the air pin and cap on my tire so that it causes a blowout and I would eventually crash. They constantly sabotaging my cars by loosening bolts and draining fluids causing time money and mental anguish. They notify auto parts store to deny me auto parts, they ask mechanics not to properly repair or damage something else on my vehicles. During the early months year 2014 I started getting calls mostly on Tuesdays on my wife's lunch hours possibly to put a virus on my cellphone and monitor my location. This was frequent on Friday evenings also. During one of those lunch hours I received a call from the female agent informant Alexandra the same female that best friended my wife; the call went to voicemail, Alexandria's voice was heard as she responded to a male, he explained to hear the calls were going to voicemail and she was disappointed. After realizing the harassing activities of Alexandria's calls it became more frequent. I later concluded that agents started to partake in such activities for the purpose of push me over the edge to commit egregious crimes towards my wife. During the early months of 2015, I seek work at a transportation company, the companies HR later notified me of a part time position available for me Tuesday afternoon 12:00pm to 6:00pm and Friday 4:00pm to 8:00pm. After I realized the cruel joke of the agents, I declined the opportunity with discuss and anger.  The calls became so frequent often times I just turn off my phone angering my clients as they cannot get in contact with me. At one point I received one of those calls during a Friday evening I drove twenty-seven miles to my wife's residence only to find out she was home and it was the agent's trying to provoke me into doing something reprehensible. I later text the number admonishing the agent that he was a disgrace to the agency.   They have placed child pornography on my cell phone and computer in the form of documentaries. I assure you, I have no intention of committing such acts.

It appears agents have assigned me work to investigate a female instructor's kids camp activity where toddlers were later observed running around nude as the got cleaned up from their activities. After realizing the activity I immediately stop filming the intended female subject and notified the client. I erased any above mentioned portion containing the kids and noted my findings in my initial report.

It appears their investigation is not an investigation more like a direction of my life so I can get into legal issues. They prevent me from finding work and housing, I currently live in my truck under extreme hardship without food for four days, one meal every other day leaving without a choice but to borrow money from those I do not wish to have conversation with. It appears they block me from having any female relations girlfriends or friends of legal age. They try and pin me to cause my family or people harm or death by trying to push me over the edge. They have infected me with the same BIO WEAPON STRAIN twice at two separate restaurants, a Denny's restaurant and another, it has since closed down. It feels like cold but it chokes me as gas would, as if something is brewing inside of me until I cough then I am allowed to breath. It seems that the respected rule of law does not apply. It appears they have undermine and eroded the public's trust of a small part of the economy should the public find out. I cannot elaborate at this time.

They have entered my apartment and conducted illegal activities; I cannot elaborate at this time. More than likely they have made a horrible mistake and committed egregious acts as agents under impunity in their minds. I am not aware of who's toes I stepped on or what I have done to deserve such treatments as this the United States right.  I have been trying hard to take care of my kids and grand kids but they have made that unconstitutionally very difficult. I am asking for help to live and I to do what a man suppose to do.

Dadson Johnson

# Driver Exchange of Information

This Traffic Crash Report can be purchased online at:
www.buycrash.com .

| DATE OF CRASH | | TIME OF CRASH | | HSMV REPORT N. | | AGENCY CASE NUMBER | |
|---|---|---|---|---|---|---|---|
| 08/10/2017 | | 7:18 PM | | | | 1708-0603 | |

### ROADWAY INFORMATION

| AT STREET ADDRESS # | | | CRASH OCCURRED ON STREET, RD # | HIGHWAY | |
|---|---|---|---|---|---|
| | | | SR-5 | | |

| AT FEET | OR MILES | Direction | AT/FROM INTERSECTION WITH ST REET, ROAD,HIGHWAY | | |
|---|---|---|---|---|---|
| | | | NE 96TH ST | | |

### VEHICLE ☐ CHECK IF COMMERCIAL

| VEHICLE # | VEH LIC # | STATE | VIN | | YEAR | VEHICLE MAK | COLOR | STYLE | INSURANCE COMPANY (DRIVER) | INSURANCE POLICY # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EMHD33 | FL | 1FABP40E5KF225723 | | 1989 | FORD | BLK | 2 DOOR SED | UNITED AUTOMOBILE IN | UAD052103703 |

| NAME OF VEHICLE OWNER (CHECK IF BUSINESS) ☐ | | | CURRENT ADDRESS | | CITY | | STATE | ZIP CODE | VEHICLE REMOVED BY |
|---|---|---|---|---|---|---|---|---|---|
| DADSON | | JOHNSON | 22671 SW 104 AVE | | MIAMI | | FL | 33190 | MIDTOWN TOWING |

### VEHICLE ☐ CHECK IF COMMERCIAL

| VEHICLE # | VEH LIC # | STATE | VIN | YEAR | VEHICLE MAK | COLOR | STYLE | INSURANCE COMPANY (DRIVER) | INSURANCE POLICY # |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 78A752 | NV | JTHBF1D21F5069976 | 2015 | LEXS | SIL | 4 DOOR SEDA | GEICO | 4490812114/09170 |

| NAME OF VEHICLE OWNER (CHECK IF BUSINESS) ☐ | | | CURRENT ADDRESS | | CITY | | STATE | ZIP CODE | VEHICLE REMOVED BY |
|---|---|---|---|---|---|---|---|---|---|
| BRYAN | TOSHI | SHINOHARA | 7951 NE BAYSHORE C 405 | | MIAMI | | FL | 33138 | MIDTOWN TOWING |

### DRIVER

| PERSON # | VEHICLE # | NAME | | | | | | PHONE NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | DADSON | | | | JINSON | | ONE NUMBER | |

| ADDRESS | | CITY | STATE | ZIP C | | JOB | DRIVER LICENSE NUMBER | STATE | |
|---|---|---|---|---|---|---|---|---|---|
| 22674 SW 104 AVE | | MIAMI | FL | 331 | | | | | |

### DRIVER

| PERSON # | VEHICLE # | NAME | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2 | BRYAN | TOSHI | | NOHARA | | | SEX | |

| LNESS | | CITY | STATE | ZIP C | JE | JOB | DRIVER LICENSE | STATE | |
|---|---|---|---|---|---|---|---|---|---|
| 7951 NE BAYSHORE CT APT | | MIAMI | FL | 33 | | 11/18 1953 | 88 | | |

| WITNESS # | NAME | | | | | NESS | | CITY | STATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BETTY | | MATZ | | | 30 NE 12TH A | | MIAMI SHORES | FL | 33138 |

| WITNESS HOME/WORK PHONE # | | | | WITNESS CELL # | |
|---|---|---|---|---|---|

### REPORTING OFFICER

| ID/BADGE # | RANK | OFFICER NAME | | DEPARTMEN | | |
|---|---|---|---|---|---|---|
| | | GRANDY | | MIAMI SHOR | E DISC POTM | Police Department (PU) |

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTOR VEHICLES

**SUSPECTED or REPORTED TITLE and REGISTRATION FRAUD**

Pursuant to section 319.33(1)(e), Florida Statutes, it is unlawful to use a fictitious name, give a false or fictitious address, or make any false statement in any application or affidavit required under the provisions of this chapter or in a bill of sale or sworn statement of ownership or otherwise commit a fraud in any application.

Pursuant to section 320.02(6), Florida Statutes, any person who registers his or her motor vehicle by means of false or fraudulent representations made in any application for registration is guilty of a misdemeanor of the second degree, punishable as provided in section 775.082 or section 775.083. The Department may demand the return of and may cancel any license plate issued based on false or fraudulent representations.

| 1. | Complainant/Victim's Information | | |
|---|---|---|---|
| Name: Dadson Johnson | | Driver License Number and Issuing State: J525160641100 | |
| Address: 22671 SW 104 Ave | | | |
| City: Miami | State: FL | | Zip: 33190 |
| E-mail Address: | | Telephone Number: | |

| 2. | Vehicle Information | | |
|---|---|---|---|
| Year: 1989 | Make: Ford | | Model: Mustang |
| Vehicle Identification Number (VIN): 1FABP40E5KF225723 | | | |
| State Vehicle Titled In: 115544671 | | Title Number: 47923562 | |

| 3. | Suspect(s) Information, if known | | | |
|---|---|---|---|---|
| Suspect's Name: City of Miami | | | | |
| Known Address: | City: | | State: | Zip: |
| Telephone Number(s)  Home: | Work: | | Cell: | |
| Tag Number(s): | | | | |
| Vehicle Description: | | | | |
| Suspect Description: | | | | |

**If this is an Odometer complaint, please include a picture of the odometer.**

HSMV 80122 (Rev. 06/16) S

**A.**   Has any formal complaint been made with any Law Enforcement Agency in connection with this complaint?

YES ☐   NO ☐

**B.**   Is the Law Enforcement Agency conducting a <u>Motor Vehicle Fraud Investigation</u>?

YES ☐   NO ☐

**If yes, please attach a copy of the investigative report from the Law Enforcement Agency to this form prior to sending the complaint to the Department of Highway Safety and Motor Vehicles.**

Please list the Law Enforcement Agency's name, officer's name, case number, and contact information below:

**C.**   Are you in possession of the vehicle listed above?

YES ☐   NO ☐

**If yes, please have the VIN and odometer verified by Law Enforcement or a DMS Compliance Officer in the space listed below.**

| 4. | Certification by Law Enforcement Officer or DMV Compliance Officer |
|---|---|

Name of Law Enforcement Agency fraud was reported to:

Officer's Name:

Telephone Number:

Case Number:   ☐ Criminal Case   ☐ Incident Report   ☐ Informational Only

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number (VIN) on the vehicle to be identical to the vehicle identification number recorded on this form.

Vehicle Identification Number Verification: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Current Odometer Reading: ☐☐☐ , ☐☐☐   ●xx no tenths

Signature of DMV Compliance Officer   or   Law Enforcement Officer

Printed Name of DMV Compliance Officer   or   Law Enforcement Officer

| 5. | Complaint/Fraud Facts |
|---|---|

If needed, use additional sheets.  Number of additional pages attached:

I was an accident on August 10, 2017. The vehicle was towed by Midtown Towing 551 NW 72St, Miami, FL 33150 (305) 758-4070. On 8/28/17 I paid $667.45 for storage and drop it off at 699 NE 83 Ter. Miami On 9/26/17 Officer J. Frazer placed a yellow sticker ordinance C box 9 checked section 920.3 (Ord.11000) ref. truck or trailer.  On 9/25/17 I put info ; it was not abandoned and not illegally parked. At some

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature:

Date:

Mail, Fax, or email the completed form and **ALL** supporting documents to:  Motorist Services Support, Motor Vehicle Fraud Unit, Room C208/MS69, Neil Kirkman Building, Tallahassee, FL 32399; Phone: 850-617-2907; FAX: 850-617-3952; Email: dmv-enforcement@flhsmv.gov

HSMV 80122 (Rev. 06/16) S

## Fwd: My stolen Mustang.g

**Dadson Johnson [miamiprotectionad@yahoo.com]**

| Sent: | Friday, April 13, 2018 11:56 AM |
|---|---|
| To: | Print & Marketing Services 1778 |
| Attachments: | 80122.pdf (277 KB) |

---------- Forwarded message ----------

From: Dadson Johnson <miamiprotectionad@yahoo.com>
Date: Mar 26, 2018 4:21 PM
Subject: My stolen Mustang.
To: etgonzalez@miamigov.com
Cc: jorge.colina@miami-police.org

Good afternoon,

Emilio Gonzalez and Jorge Colina, please first read attached form 80122.

Continuation:

The next day someone reached into my car and ripped the Not Abandon sticker I placed. The next day Sept. 26 I placed a second white sticker Not Abandon. Their was never a citation placed on it. On October 2, Monday morning possibly around 4am I noticed my Mustang was gone. I called the City of Miami Police Dept. The operator said they did not tow it and call Midtown. I called Midtown Towing they said they did not tow it. I'm stuck with the possibility someone had stolen something I put a lot of work and money into. I went to report it stolen a few weeks ago at Miami Police Station 1000 NW 62 Street. I was told it was sold, TSR Ind Inc. was the new owner of my car. I and my family did not receive any certified mail concerning the Mustang. Over the weekend in the mail was a citation 03414256 of $57 No. Issued 9/30/2017 same as tow date. Again I called both the City of Miami Police and Midtown Towing, both said they did not tow it away, that is bad really bad.

Please reverse the mistake of your officers and the tow company and return my car.

I put a lot of work and $7500 into it, I did engine work I had never in my life ever done before. It was a fix and sell investment. I did not sell it I still hold my title. That car saved my life. Please return my car. Thank you for your time.

Sincerely,

Dadson Johnson

See attached.

# MIDTOWN TOWING OF MIAMI, INC.
### 551 N.W. 72 STREET · MIAMI, FL 33150
### (305) 754-1450 · FAX: (305) 758-4070

**INV. N⁰**

| | | | |
|---|---|---|---|
| TOW DATE: | am pm | RELEASE DATE: | am pm (TL # 23) |

**CHARGE TO:**      A/C #

**ADDRESS:**

**AUTHORIZED BY:**     **PHONE:**

**OWNERS NAME:** Johnson

**OWNERS ADDRESS:**

**OWNERS I.D. #**     **TYPE:**

**VEHICLE YR./MAKE:**     **MODEL:**

**VEHICLE I.D. #**     **TAG #:**

**VIN # VER:**     **BY:**     **COLOR:**

**P/O #**     **MILEAGE:**     INDICATE DAMAGED AREAS ON VEHICLE

**TOWED FROM:**

**TOWED TO:**

**RADIO:** ☐ YES ☐ NO   **KEYS:** ☐ IN OFFICE ☐ IN VEHICLE   **VEHICLE DAMAGE:**

**PROPERTY IN OFFICE:** ☐ YES ☐ NO   **DOORS:** 2 3 4 5   **VEHICLE DAMAGE:**

| BEG. MILEAGE | | ENDING MILEAGE | | CASE # | |
|---|---|---|---|---|---|
| **REASON TOWED** | | ☐ POLICE ☐ PRIVATE | ☐ TOWAWAY ☐ COMMERCIAL | **CHARGES** | |
| **WRECKER DRIVER:** | UNIT. # | ☐ CLASS B ☐ CLASS C | ☐ WHEEL LIFT ☑ FLAT BED | 65 | |
| **SECOND DRIVER:** | UNIT. # | ☐ CLASS B ☐ CLASS C | ☐ WHEEL LIFT ☐ FLAT BED | | |
| **MILES TOWED:** | ( FREE) | MILES AT $ | / MILE | | |
| **LABOR / WAITING TIME:** | | | | 50 | |
| **STORAGE CHARGES:** | | DAYS AT $ | PER DAY | 450 | |
| (ADD AFTER HRS.) | | DAYS AT $ | PER DAY | | |
| **ADMIN. FEES:** ☐ N. MIAMI ☐ MIDTOWN | $ $ | ☐ CITY OF MIAMI $ ☐ N. MIAMI BCH. $ $ | | 30 | |
| **VIN CHECK $** | OUT OF STATE $ | CERT MAIL $ | | 45 | |
| **REDELIVER TO:** | | | | 65 | |
| **EXTRA MILEAGE:** | ( FREE) | MILES AT $ | / MILE | | |
| | | | **TOTAL** | 667 | |

**RELEASED TO** X

A03526

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0586

| Identification Number | Year | Make | Body | VTT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1FABP4OE5KF225723 | 1989 | FORD | 2D | 2991 | | 47923562 |

Date of Issue 07/29/2014

Registered Owner

DADSON JOHNSON
22871 SW 104 AVE
MIAMI FL 33190

Mail To:

DADSON JOHNSON
22871 SW 104 AVE
MIAMI FL 33190-1458

Lien Release
Interest in the described vehicle is hereby released
By
Title
Date

IMPORTANT INFORMATION
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel. http://www.hsmv.state.fl.us/html/titlef.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | VTT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1FABP4OE5KF225723 | 1989 | FORD | 2D | 2991 | | 47923562 |

Lien Release
Interest in the described vehicle is hereby released
By
Title
Date

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLK | POLICE | | 01 | PRIVATE | 07/11/2014 |

By
Title

| Odometer Status or Vessel Manufacturer or CH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| EXEMPT | | | 07/29/2014 |

Date

Registered Owner

DADSON JOHNSON
22871 SW 104 AVE
MIAMI FL 33190

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES        TALLAHASSEE        FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Clayton Boyd Walden        Control Number 115544671
Director

Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law requires that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name _____
Seller Must Enter Selling Price _____

Address: _____
Seller Must Enter Date Sold: _____

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |_|_|_|_|_|_|_| X (no tenths) miles, date read

[ ] 1. reflects ACTUAL MILEAGE.    [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    [ ] 3. is NOT THE ACTUAL MILEAGE.

and I hereby certify that to the best of my knowledge the odometer reading

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:
Print Here:
Selling Dealer's License Number:
Auction Name:

CO-SELLER Must Sign Here:
Print Here:
Tax No.:
License Number:

Tax Collected:

PURCHASER Must Sign Here:
Print Here:

CO-PURCHASER Must Sign Here:
Print Here:

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV 10/12)        STATE OF FLORIDA

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____
　　　　　　　　　First　　　　　　　　Mi　　　　　　　Last　　　　Purchaser's DL/ID _____

Address _____ Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION: Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

| Selling Dealer's License No.: | Selling Dealer's Name: | Tax No.: | Tax Collected: |
|---|---|---|---|
| Selling Dealer's Address: | | | Date Sold: |
| Purchaser's Name(s): | | Address: | |

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ ☐XX☐ (NO TENTHS) MILES, DATE READ _____ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

**CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX**
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:
Print Here:
Seller/Agent Must Sign Here:
Print Here:

Co-Purchaser Must Sign Here:
Print Here:
Auction Name (When Applicable):
Auction License Number:

**SECOND REASSIGNMENT BY LICENSED DEALER**

| Selling Dealer's License No.: | Selling Dealer's Name: | Tax No.: | Tax Collected: |
|---|---|---|---|
| Selling Dealer's Address: | | | Date Sold: |
| Purchaser's Name(s): | | Address: | |

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ ☐XX☐ (NO TENTHS) MILES, DATE READ _____ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

**CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX**
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:
Print Here:
Seller/Agent Must Sign Here:
Print Here:

Co-Purchaser Must Sign Here:
Print Here:
Auction Name (When Applicable):
Auction License Number:

**THIRD REASSIGNMENT BY LICENSED DEALER**

| Selling Dealer's License No.: | Selling Dealer's Name: | Tax No.: | Tax Collected: |
|---|---|---|---|
| Selling Dealer's Address: | | | Date Sold: |
| Purchaser's Name(s): | | Address: | |

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ ☐XX☐ (NO TENTHS) MILES, DATE READ _____ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

**CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX**
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:
Print Here:
Seller/Agent Must Sign Here:
Print Here:

Co-Purchaser Must Sign Here:
Print Here:
Auction Name (When Applicable):
Auction License Number:



CITY OF MIAMI
OFFICE OF CODE ENFORCEMENT

# NOTICE

10572

TO THE OWNER AND ALL PERSONS INTERESTED IN THE ATTACHED PROPERTY.

THIS PROPERTY TO WIT: 89 840 Me3TANCE LANE F48P40E5KF22578

LOCATED AT: 679 NE 83 TR

(Brief Description of Property)

A ☐ is unlawful upon private property and must be removed within five (5) days from the date of this notice; otherwise it will be removed and disposed of pursuant to Chapter 705, Florida Statutes, by the appropriate law enforcement agency. The owner will be liable for the costs of removal, storage, and publication or notice, by order of the City of Miami, Florida.

B ☐ is unlawfully upon public property and must be removed within five (5) days from the date of this notice; otherwise it will be removed and disposed of pursuant to Chapter 705, Florida Statutes, by the appropriate law enforcement agency. The owner will be liable for the costs of removal, storage, and publication or notice, by order of the City of Miami, Florida.

C ☐ is in violation of section 817-116 of the Zoning Ordinance of the City of Miami, Florida (Ord. 11000), as amended. It must be removed within ten (10) days or, if the property is a boat, thirty (30) days from the date of this notice; otherwise, it shall be presumed to be abandoned property and it will be removed and destroyed by order of this Code Enforcement Officer, unless a hearing is requested as described below. The owner will be responsible for the costs of removal and destruction.

The owner of the property may request an administrative hearing within ten (10) days of the date of this notice by submitting a letter to the name and address below. If such a request for hearing is received within (10) days, this property will not be removed and destroyed, pending the outcome of the hearing by an administrative hearing officer.

☐ is unlawfully parked/stored in a residential district and is in violation of the section 930-3 of the Zoning Ordinance of the City of Miami, Florida (Ord. 11000), as amended. It must be removed within ten (10) days or, if it is a boat, thirty (30) days from the date of this notice; otherwise, it shall be presumed to be abandoned property and it will be removed and destroyed by order of the Code Enforcement Officer, unless a hearing is requested as described below. The owner will be responsible for the costs of removal and destruction.

D ☐ It shall be unlawful for any vessel within the city to obstruct any established channel of the city or to tie up to, or to discharge persons upon any navigational aid within the city, or to anchor within the city limits of any established channel of the city or, except in an emergency or with the approval of the city department director or designee thereof, to anchor or moor any vessel over city-owned bottomland or to anchor, moor or dock without the permission of the dockmaster, having jurisdiction within the protected water area of either the Dinner Key Marina Area, Yacht Basin or the Miamarina-Bayfront Prohibitive Anchorage Area.

E ☐ The city manager shall cause to be placed upon, or as near to the vessel as possible, a notice not less than eight inches by ten inches and sufficiently waterproof to withstand normal exposure to the elements, which shall serve as notification that the vessel is in violation of section 50-2 of this Code and must be removed within 48 hours from the time the notice was posted, otherwise it shall be presumed to be abandoned property and will be removed by the police department of the city. The removal and return of any vessel which has been posted shall be unlawful and shall not serve to extend or circumvent the original 48-hour notice period. When possible, oral or telephonic notice to remove shall also be given to the vessel owner or operator during said 48-hour period, based upon local records of the vessel's registration or other documentation, if any. However, failure to give oral or telephonic notice shall not alter the provisions of this section.

Name: CARL J. FRASER
(Police Officer/Inspector/Agent)

Inspectors Phone Number: 305 603 6203

Address: 1000 NW 62 STREET

Signature: [signature]   Date: 9/16/17



THIS VEHICLE IS NOT ABONDONED AND IT IS NOT ILLEGALLY PARKED

THIS IS NOT A SPECIFIED TRUCK OR TRAILER AS PER YOUR ORDINANCE CODE. THIS YELLOW STICKER ILLEGALLY PLACED ON MY CAR GIVES THE IMPRESSION THAT THIS VEHICLE IS ABONDONED AND AS A RESULT THIEVES HAS STOLEN ITEMS OUT OF MY CAR.

P.S.

I am sorry it is here, I am going through financial hardship and trying to have it removed never to be placed here again. No-one is more hurt that it is here more than me.







(Rev. 10/2002) General Document

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

### Certificate of Service

I _Dadson Johnson_____, certify that on this date _May 16, 2018_____ a true copy

of the foregoing document was mailed to: _____
                                              name(s) and address(es)

_____

By:
_Dadson Johnson_____              _MSL_____
Printed or typed name of Filer          Signature of Filer

_____     _____
Florida Bar Number                      E-mail address

_____     _____
Phone Number                            Facsimile Number

_22671 SW 104 AV_____
Street Address

_MiAMi, FL 33190_____
City, State, Zip Code